No. 17,253.

BEARDEN *v.* FACKLAM.
(270 P. [2d] 1024)

Decided May 10, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. NEIL S. MINCER, for plaintiff in error.

Messrs. CLAUSSEN & DONNEN, for defendant in error.